

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of T.M.E., A.J.E., and R.J.E., Children

No. 06-18-00046-CV

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 14C0249-102). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with our opinion.

We further order that the payment of costs is waived pursuant to TEX. HUM. RES. CODE ANN. § 40.062 (West Supp. 2018).

RENDERED NOVEMBER 7, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk